**In re Donald G. JACKMAN, Jr., Petitioner.**

No. 14–4721.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Feb. 5, 2015.

Opinion filed Feb. 6, 2015.

Donald G. ·Jackman, Jr., Fort Dix, NJ, pro se.

Before: AMBRO, JORDAN and KRAUSE, Circuit Judges.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

1. Jackman transmitted to the Court a copy of his motion to alter or amend judgment in the

OPINION *

PER CURIAM.

Petitioner, Donald G. Jackman, Jr., filed a petition for a writ of mandamus on December 15, 2014, asking us to order the District Court to render a decision on his petition for writ of habeas corpus and his subsequent motion for summary judgment. By order entered on January 7, 2015, the District Court dismissed Jackman's petition for writ of habeas corpus and denied his motion for summary judgment as moot. Because Jackman has received the relief he requested in his mandamus petition,[1] we will dismiss the petition as moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir.1996).

---

habeas case and requested that we review documents submitted in his direct criminal appeal. None of those documents affect the outcome of this mandamus action.